**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT LEE CADOGAN, | ) | NO. ED CV 10-1043-GHK(E) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WARDEN CASH, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: _____10/8_____, 2010.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE